COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-274-CV

 

IN RE ROBERT E. RAGLAND                                                     RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

The
court has also considered relator=s AMotion
To Suspend Rules.@ 
The motion is GRANTED.  The
court will forward a copy of relator=s
petition for writ of mandamus to all parties with a copy of this opinion.

 

PER CURIAM

 

 

PANEL 
A:  GARDNER, LIVINGSTON, and
HOLMAN, JJ.

 

DELIVERED: 
July 7, 2008 











    [1]See
Tex. R. App. P. 47.4.